IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALE J. JOHNSON                                                                                          PLAINTIFF

Vs                              CASE NO.: 5:07CV00245 BSM

UNION PACIFIC RAILROAD COMPANY                                         DEFENDANT

## ORDER OF DISMISSAL

The court having been advised by counsel for plaintiff on October 28, 2008, that the parties have resolved this matter,

IT IS THEREFORE ORDERED that this action be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE